HARRY BRAMMALL v. LOUIS LAROSE.

February Term, 1933.

Present:  POWERS, C. J., SLACK, MOULTON, THOMPSON, and GRAHAM, JJ.

Opinion filed May 2, 1933.

*Clayton H. Kinney* for the defendant.

*F. C. Hinchey* and *Fenton, Wing, Morse & Jeffords* for the plaintiff.

MOULTON, J.  The facts in this case are the same as those in the case of *Annie Brammall* v. *Louis LaRose, ante* page 345, and the decision is the same for the reasons therein given.

*Judgment affirmed, and cause remanded.*